# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Presto Packaging Solutions, LLC <br> *Plaintiff* <br> v. <br> F&B Cosmetics; Scott Knox; and Manindra Garg <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-1341 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Manindra Garg
450 Knights Run Ave., Unit 902
Tampa, FL 33602-5806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary Beth Hagan, Esq.
Hagan Law Group, PLLC
495 N. Walnut St.
Murfreesboro, TN 37130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/4/2018

*Jeremy Medley*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Presto Packaging Solutions, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:18-cv-1341 |
| F&B Cosmetics; Scott Knox; and Manindra Garg | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Knox
500 Brickell Ave., Apt. 2910E
Miami, FL 33131-2585

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary Beth Hagan, Esq.
Hagan Law Group, PLLC
495 N. Walnut St.
Murfreesboro, TN 37130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/4/2018

*Signature of Clerk or Deputy Clerk*: Jeremy Medley

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Presto Packaging Solutions, LLC <br><br> *Plaintiff* <br> v. <br> F&B Cosmetics; Scott Knox; and Manindra Garg <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:18-cv-1341 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* F&B Cosmetics
Attn: Officer and/or Managing Agent
133 Charter Pl.
LaVergne, TN 37086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary Beth Hagan, Esq.
Hagan Law Group, PLLC
495 N. Walnut St.
Murfreesboro, TN 37130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Jeremy Medley*

Date: 12/4/2018

*Signature of Clerk or Deputy Clerk*